UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DANIELLE DUNN, as Personal
Representative for the ESTATE OF
JONATHAN LANCASTER,

    Plaintiff,

v.

BARBARA L. BEDIENT, et al.,

    Defendants.
_____/

File no: 2:19-CV-220

HON. ROBERT J. JONKER

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on November 6, 2020 (ECF No. 60). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 60) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion to strike Fieger Law's initial attorney lien (ECF No. 32) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's motion requesting attorney fees from Fieger Law (ECF No. 40) is **DENIED**.

**IT IS FURTHER ORDERED** that the Court **DECLINES** to exercise supplemental jurisdiction over Fieger Law's state law contract claim, and **DENIES** Fieger's motion requesting a charging lien (ECF No. 48) and motions to supplement (ECF Nos. 50, 52, 54, and 59).

**IT IS FURTHER ORDERED** that Plaintiff's motion to strike Fieger Law's notice of

claim (ECF No. 53) is **GRANTED**.

Dated:     January 15, 2021               /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE